1 | HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
2 | (E-mail: Hilary_Potashner@fd.org)
ALYSSA D. BELL (Bar No. 287751)
3 | (E-Mail: Alyssa_Bell@fd.org)
Deputy Federal Public Defender
4 | 321 East 2nd Street
Los Angeles, California 90012-4202
5 | Telephone: (213) 894-7539
Facsimile: (213) 894-0081

Attorneys for Defendant
MALACHAI LEVY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 14-635-JFW |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF CURRENTLY FILED APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| MALACHAI LEVY, Aka Ralph Maurice Metters. | |
| Defendant. | |

## DECLARATION OF ALYSSA D. BELL

I, Alyssa D. Bell, hereby state and declare the following:

1. I am the Deputy Federal Public Defender appointed to represent Mr. Levy in this matter.

2. I am informed that Mr. Levy is currently in the custody of the San Bernardino County Sheriff's Department, at the Adelanto Facility of the San Bernardino County Jail, located at 9438 Commerce Way, Adelanto, CA 92301. His Booking Number is 1502343012.

3. I am further informed that, despite Mr. Levy's guilty plea and upcoming sentencing in the instant federal case, a detainer has been placed upon him and he is to remain in the custody of the San Bernardino County Sheriff until the termination of all state proceedings.

4. I have concurrently filed a form G-09 Application for Writ of Habeas Corpus Ad Prosequendum, and Order on Application for Writ of Habeas Corpus. By way of writ, Mr. Levy petitions the Court to exercise its discretion to order that he be brought into United States District Court, placed into the custody of the United States Marshals, and detained at the Metropolitan Detention Center, so that he may participate in a Pre Sentence Interview and assist his counsel in the preparation of a position paper in advance of sentencing.

5. In order to allow for such transfer to occur, an initial appearance date of April 7, 2015 has been proposed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 24, 2015         */s/ Alyssa D. Bell*
                              ALYSSA D. BELL
                              Deputy Federal Public Defender

2